# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re                                          :
MALDEN MILLS INDUSTRIES, INC., et al :        Chapter 11
    Debtors                :        Case Nos. 01-47214-JBR
                                               :        Through 01-47217-JBR
_____                :        (Jointly Administered)

## ORDER

Upon the Motion to Transfer Venue [Docket #2400], filed by the Malden Mills Creditor Trust of the above captioned debtor, notice having been properly given, no further notice being required, a hearing having been held on January 12, 2007, and this Court having found and ruled, based on the arguments of counsel and written submissions, that the interest of justice and convenience of the parties dictate that venue of the bankruptcy cases set forth below and now pending in the United States Bankruptcy Court for the District of Delaware be transferred to this Court, it is hereby

ORDERED, pursuant to Fed. R. Bankr. P. 1014(b), that venue of the following cases be transferred from the United States Bankruptcy Court for the District of Delaware to the United States Bankruptcy Court for the District of Massachusetts, Western Division:

1. Case No. 07-10048 Malden Mills Industries, Inc.
2. Case No. 07-10049 ADS Properties LLC
3. Case No. 07-10050 AES Properties LLC
4. Case No. 07-10051 Malden Mills Distributors Corp.
5. Case No. 07-10052 Malden Mills GMBH Holding, Inc.

And it is further ORDERED that counsel for the said Debtors so advise the said Delaware Court and assist that court in transmitting the papers relating to those cases to this Court forthwith.

Dated: January 12, 2007              By the Court,

                                                                                                    */s/ Joel B. Rosenthal*
                                                                                                      Joel B. Rosenthal
                                                                                                      United States Bankruptcy Judge